**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7895**

---

JAMES MASON GIBSON,

                                             Petitioner - Appellant,

    versus

STATE OF NORTH CAROLINA,

                                             Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-95-906-5-HC-H)

---

Submitted: April 17, 1997          Decided: May 2, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

James Mason Gibson, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant filed an untimely notice of appeal. We dismiss for lack of jurisdiction. The time periods for filing notices of appeal are governed by FED. R. APP. P. 4. These periods are "mandatory and jurisdictional."[1] Parties to civil actions have thirty days within which to file in the district court notices of appeal from judgments or final orders.[2] The only exceptions to the appeal period are when the district court extends the time to appeal under FED. R. APP. P. 4(a)(5) or reopens the appeal period under FED. R. APP. P. 4(a)(6).

The district court entered its order on July 11, 1996; Appellant's notice of appeal was filed on November 29, 1996. Appellant's failure to note a timely appeal or obtain an extension of the appeal period leaves this court without jurisdiction to consider the merits of Appellant's appeal. We therefore deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[1] Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

[2] FED. R. APP. P. 4(a)(1).

2